UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS PETERS, Derivatively on Behalf of Nominal Defendant EASTMAN KODAK COMPANY,<br>　　　　Plaintiff,<br>　　v.<br>JAMES V. CONTINENZA,<br>DAVID E. BULLWINKLE,<br>ROGER W. BYRD,<br>RICHARD TODD BRADLEY,<br>GEORGE KARFUNKEL,<br>PHILLIPE D. KATZ,<br>JASON NEW,<br>and RANDY VANDAGRIFF,<br>　　　　Defendants,<br>　　and<br>EASTMAN KODAK COMPANY,<br>　　　　Nominal Defendant. | Case No. 6:21-cv-06621 |
| HERBERT SILVERBERG, Derivatively on Behalf of Nominal Defendant EASTMAN KODAK COMPANY,<br>　　　　Plaintiff,<br>　　v.<br>JAMES V. CONTINENZA and GEORGE KARFUNKEL,<br>　　　　Defendants,<br>　　and<br>EASTMAN KODAK COMPANY,<br>　　　　Nominal Defendant. | Case No.: 6:21-cv-6567 |

**PLAINTIFF LOUIS PETERS' NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

**Motion By:**　　　　Plaintiff Louis Peters, Derivatively on Behalf of Nominal Defendant Eastman Kodak Company.

**Relief Requested:**　　An Order to: (i) consolidate the above-captioned actions (the "Consolidated Action"); (ii) appoint Plaintiff as Lead Plaintiff of the Consolidated Action; and (3) appoint Plaintiff's counsel, Kessler Topaz Meltzer & Check, LLP ("KTMC") and Faraci Lange, as

|  |  |
|---|---|
|  | Lead and Liaison Counsel of the Consolidated Action (the "Motion"). |
| **Basis for Relief Requested:** | Federal Rule of Civil Procedure 42(a) |
| **Supporting Papers:** | Notice of Motion dated October 5, 2021; Declaration of Lee D. Rudy, Esq. dated October 5, 2021 and exhibits thereto; and supporting Memorandum of Law dated October 5, 2021. |
| **Place** | United States District Court Western District of New York 100 State Street Rochester, New York 14614 |
| **Date and Time** | To be determined by the Court. |
| **Reply Papers** | Pursuant to Local Rule 7(a)(1), Plaintiffs reserve the right to file reply papers if necessary. |

Dated:  October 5, 2021                                      Respectfully submitted,

                                                                              **FARACI LANGE, LLP**

                                                                              */s/ Hadley Lundback Matarazzo*
                                                                              Hadley Lundback Matarazzo
                                                                              (NY # 437785)
OF COUNSEL:                                               28 E. Main Street, Suite 1100
                                                                              Rochester, New York 14614
**KESSLER TOPAZ MELTZER**           Tel.: (585) 325-5150
  **& CHECK, LLP**                                    Fax: (585) 325-3285
Lee D. Rudy (NY # 2817534)
   (pro hac vice forthcoming)                       *Attorneys for Plaintiff Louis Peters*
Eric L. Zagar (NY # 4555512)
   (pro hac vice forthcoming)
Stacey A. Greenspan
   (pro hac vice forthcoming)
Henry M. Longley
   (pro hac vice forthcoming)
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

*Attorneys for Plaintiff Louis Peters*