# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| *In re* EASTMAN KODAK COMPANY DERIVATIVE LITIGATION | ) ) ) ) ) Civil Action No. 21-CV-6621 EAW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Kodak's motion to dismiss or for summary judgment is granted to the extent that it grants summary judgment on all of the claims set forth herein pursuant to the NJBCA. The Clerk of Court is directed to enter judgment and close the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for dismissal or for summary judgment in favor of Kodak.

Date: 09/26/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*