UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

In re EASTMAN KODAK COMPANY
DERIVATIVE LITIGATION

       -v-

_____

21-cv-6621
USCA:

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **All documents are available electronically.**

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Tricia M. Frisa
_____
Deputy Clerk

DATED:    April 17, 2024
               Rochester, NY